

U.S. Department of Justice
*United States Attorney*
*District of New Jersey*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*    *(856) 757-5026*
*401 Market Street, 4th Floor*    *Fax: (856) 968-4917*
*Post Office Box 2098*    *Direct Dial: (856) 605-4910*
*Camden, NJ 08101*    *josephine.park@usdoj.gov*

October 14, 2025

**VIA CM/ECF**
The Honorable Renée Marie Bumb
Chief United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza, Fourth & Cooper Streets
Camden, New Jersey 08101

     Re:    *United States v. William Kuzma,* Crim. No. 22-324 (RMB)

Dear Chief Judge Bumb:

     The above-referenced defendant wishes to enter a guilty plea to the Indictment charging him with conspiracy to commit wire fraud. Accordingly, the parties respectfully request that the Court schedule a guilty plea hearing. Enclosed please find a copy of the signed plea agreement.

                            Respectfully,

                            TODD BLANCHE
                            U.S. Deputy Attorney General

                            ALINA HABBA
                            Acting United States Attorney
                            Special Attorney

                            *s/ Josephine J. Park*
     By:    Josephine J. Park
                Assistant U.S. Attorney

Enclosure
cc: John Brennan, counsel for defendant William Kuzma